IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAVID LEE PITTMAN, #425377**                              **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 1:08cv672-HSO-JMR**

**JERRY COOKSEY and CHARLES BRADEN**                 **DEFENDANTS**

## FINAL JUDGMENT

This matter came on to be heard on Defendant Jerry Cooksey's Motion to Dismiss [21] filed on March 3, 2009, Defendant Charles Braden's Motion to Dismiss [37] filed December 8, 2009, and Plaintiff David Lee Pittman's Voluntary Motion to Dismiss [39] filed December 29, 2009. The Court, after a full review and consideration of the parties' Motions and Chief Magistrate Judge John M. Roper's Report and Recommendation [42], as well as the pleadings on file and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE to the claims being reasserted, until such time as the *Heck* conditions are met**.

**SO ORDERED AND ADJUDGED**, this the 1st day of February, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE